

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00082-CR

_____

BREANNA RENA SIMMONS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 18716

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Appellant Breanna Rena Simmons appeals from her conviction of driving while intoxicated with a child passenger. On November 8, 2021, Simmons's court-appointed appellate counsel filed an *Anders*[1] brief, and on November 22, 2021, Simmons filed a pro se motion for access to the appellate record for purposes of preparing a response to her counsel's *Anders* brief. Simmons's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Simmons's access to the record.

On December 1, 2021, Simmons's appointed counsel informed this Court that she mailed a complete paper copy of the appellate record to Simmons. Allowing ten days from the date of this order for the record to be delivered to Simmons and giving Simmons thirty days to prepare her pro se response, we hereby set January 20, 2021, as the deadline for Simmons to file her pro se response to her counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:       December 3, 2021

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).